JPML FORM 1A
Page 1

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 912 -- In re Recombinant DNA Technology Patent and Contract Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/11/22 | 1 | MOTION, BRIEF, AFFADAVIT OF SERVICE, SCHEDULE OF ACTIONS -- (A-1 through A-5) -- filed by deft. Genentech, Inc. -- SUGGESTED TRANSFEREE DISTRICT: N.D. California; SUGGESTED JUDGE: ? (kac) |
| 91/11/22 | | REQUEST FOR EARLIEST POSSIBLE HEARING -- FILED BY DEFENDANT GENENTECH, INC. WITH CERT. OF SERVICE (kac) |
| 91/11/22 | 1 | REQUEST THAT MOTION, BRIEF, AFFADAVIT OF SERVICE BE FILED UNDER SEAL -- (A-1 THROUGH A-5) -- Filed by GENENTECH, INC. (kac) (Granted - pdh - 11/22/91) |
| 91/12/02 | | APPEARANCES -- DONALD R. DUNNER, ESQ. for Eli Lilly and Company and SALEM M. KATSH, ESQ. for Genentech, Inc. (rh) |
| 91/12/03 | | APPEARANCE -- GERALD P. DODSON, ESQ. for The Regents of the University of California (kac) |
| 91/12/11 | 2 | RESPONSE -- (to pldg. #1) Filed by pltf./deft. The Regents of the University of California -- with cert. of svc. and was filed under seal (kac) |
| 91/12/11 | 3 | RESPONSE/BRIEF (to pldg. #1) -- filed by deft. Eli Lilly and Company w/declarations and exhibits A thru F and cert. of svc. (ds) |
| 91/12/18 | 4 | RESPONSE/BRIEF -- (to pldg. #2 and #3) filed by deft. Genentech with affidavit, Exhibits 1-13 and cert. of svc. (kac) |
| 91/12/19 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing in Phoenix, Arizona on January 31, 1992 -- Notified involved counsel, judges and clerks (rh) |
| 91/12/19 | 5 | REQUEST THAT REPLY BRIEF/SUPPORTING AFFIDAVIT BE FILED UNDER SEAL -- filed by Genentech, Inc. (kac) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 912 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/01/31 | | HEARING APPEARANCES -- (**For Hearing on 1/31/92 in Phoenix, AZ**) IRA M. MILLSTEIN, ESQ. OR SALEM M. KATSH, ESQ. for Genentech, Inc.; DONALD R. DUNNER, ESQ. for Eli Lilly & Co. and GERALD P. DODSON, ESQ. for The Regents of the University of California (rh) |
| 92/02/19 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable S. Hugh Dillin (ds) |
| 92/02/19 | | TRANSFER ORDER -- transferring A-4 and A-5 to the S.D. Indiana -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |
| 92/02/28 | 6 | LETTER -- (Correction for consolidation in Transfer Order of 2/19/92) -- filed by Genentech, Inc. (bas) |
| 92/03/02 | | CORRECTION ORDER -- to Transfer Order filed on February 19, 1992 -- changing first word on fifth line from "Central" to "Northern" -- Notified involved clerks, judges, counsel (kac) |

JPML Form 1

Revised: 8/78

DOCKET NO. 912 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE RECOMBINANT DNA TECHNOLOGY PATENT AND CONTRACT LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Jan. 31, 1992 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Feb. 19, 1992 | T.O. | Unpublished | S.D. Indiana | S. Hugh Dillin | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 912 -- In re Recombinant DNA Technology Patent and Contract Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Eli Lilly and Company v. Genentech, Inc. | Ind.,S. Dillin | 87-~~291~~ 219-C | | | | |
| A-2 | Genentech, Inc. v. Eli Lilly and Company | Ind.,S. Dillin | 88-1463-C | | | | |
| A-3 | Genentech, Inc. v. Eli Lilly and Company and the Regents of the University of California | Ind.,S. Dillin | 90-1679-C | | | | |
| A-4 | Regents of the University of California v. Genentech, Inc. | Cal.,N. ~~Smith~~ Peckham | C 90-2232- ~~FMS-FNE~~ | 2/19/92 | IP-92-223-C | | |
| A-5 | Regents of the University of California v. Eli Lilly and Company | Cal.,N ~~Weigel~~ Jensen | C 90-0373-SAW | 2/19/92 | IP-92-224-C | | |

July 1992  3xyz/2 Tr /5 Pending

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 912 -- In re Recombinant DNA Technology Patent and Contract Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Genentech, Inc. | A-1, A-4 |
| Eli Lilly and Company | A-2, A-3, A-4 |
| Regents of the University of California | A-3 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |